UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - v. -

ELIJAH BILAL,
   a/k/a "Karate Kid,"

      Defendant.

- - - - - - - - - - - - - - - - X

**ORIGINAL**

**SEALED INDICTMENT**

19 Cr.

**19 CRIM 565**

USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 6 2019

**COUNT ONE**

The Grand Jury charges:

1. On or about April 15, 2012, in the Southern District of New York, ELIJAH BILAL, a/k/a "Karate Kid," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, a conspiracy to distribute and possess with intent to distribute (i) mixtures and substances containing a detectable amount of heroin, and (ii) mixtures and substances containing a detectable amount of cocaine base, in a form commonly referred to as "crack," willfully and knowingly did use and carry a firearm, and, in furtherance of such drug trafficking crime, did possess a firearm, and in the course of that drug trafficking crime did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), and did aid and abet the same, to wit, BILAL shot and killed Terrance

JUDGE OETKEN

Martin in the vicinity of 285 East 156th Street, in the Bronx, New York, and did aid and abet the same.

(Title 18, United States Code, Sections 924(j)(1) and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ELIJAH BILAL, a/k/a "Karate Kid,"
Defendant.

**SEALED INDICTMENT**

19 Cr.
(18 U.S.C. §§ 924(j) and 2.)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

*[signature]*                    Foreperson.

Aug 6, 2019

Filed Sealed Indictment.
U.S.M.J. Debra Freeman.