**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford　　　　　　　　　　　　　　　　　　　　　　　　　　Fax (1646) 430-8944
Associate Counsel　　　　　　　　　　　　　　　　　　　　　　　　Cell: (917) 553-6704
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　grgoltzer@gmail.com

April 22, 2021

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
New York, NY 10007
Via ECF

Re: *United States v. Bilal*, 19 Cr. 65 (JPO)

Dear Judge Oetken:

　　Please accept this letter as an application, with government consent, to continue the upcoming conference, currently scheduled for April 26, 2021, for approximately sixty days, to a date convenient to the Court.

　　This request is occasioned by the Attorney General still not having decided the death penalty issue. If this is agreeable, may I impose upon Your Honor to "so order" this letter and have it published. Thank you for your consideration. I remain

　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　*s/GRGoltzer*
　　　　　　　　　　　　　　　　　　George R. Goltzer

---

Granted.
The April 26, 2021 pretrial conference is adjourned to June 30, 2021, at 9:30am. The Court hereby excludes time through June 30, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
　So ordered.
　Dated April 23, 2021

---

_____
J. PAUL OETKEN
United States District Judge