**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**                                                                  Fax (646) 430-8944
**Associate Counsel**                                                         Cell: (917) 553-6704
                                                                                              grgoltzer@gmail.com

June 16, 2021

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
New York, NY 10007
Via electronic mail

Re: *United States v. Bilal*, 19 Cr. 565 (JPO)

Dear Judge Oetken:

    Please accept this letter as an application, with government consent, to continue the upcoming conference, currently scheduled for June 30, 2021, to any date during the week of July 19, 2021 with the exception of the morning of July 22, 2021. This request is made because defense counsel will be out of state on June 30, not returning till approximately July 5.

    If this is agreeable, may I impose upon Your Honor to "so order" this letter and have it published. Thank you for your consideration. I remain

                        Respectfully,
                        *s/GRGoltzer*
                        George R. Goltzer

cc: U.S. Attorney via email

> Granted. The June 30, 2021 pretrial conference is adjourned to July 20, 2021 at 12:00 pm. The Court hereby excludes time through July 20, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: June 17, 2021

                        J. PAUL OETKEN
                        United States District Judge