# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG  

NADJIA LIMANI  
OF COUNSEL  

CHARLENE RAMOS  
OFFICE MANAGER  

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038  

(212) 608-0808  
TELECOPIER (212) 962-9696  

December 21, 2021

Hon. J. Paul Oetken  
United States District Judge  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007  

**Re: <u>United States v. Elijah Bilal</u>**  
**19 Cr. 565 (JPO)**

Dear Judge Oetken:

      With the consent of the government by AUSA Christopher Clore undersigned counsel writes to request that the Court set a date for Mr. Bilal to respond to the government's Motion in Limine filed December 1, 2021. Counsel requests January 20, 2022 to respond because of other commitments and the upcoming holidays. Should the government wish to reply to Mr. Bilal's response, the defense would not object to two weeks for the government to file its reply.

Granted.  
So ordered.  
12/29/2021

Respectfully submitted,

/s/ Louis M. Freeman

Louis M. Freeman

*/signature/*  
J. PAUL OETKEN  
United States District Judge