UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNTIED STATES OF AMERICA | |
|---|---|
| -v- | 19-CR-565 (JPO) |
| ELIJAH BILAL, | SCHEDULING ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

The jury trial in this case is hereby rescheduled to **June 7, 2022**. This case is the first-priority case for jury selection on June 7, 2022, so that is a firm trial date and the parties shall prepare accordingly. Pretrial filing and disclosure deadlines will be addressed at the next conference, scheduled for March 25, 2022, at 11:00 a.m.

SO ORDERED.

Dated: March 18, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge